UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SULEIMAN ABD QAZZA, | ) | NO. SA CV 04-1089-DSF(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| A.P. KANE, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation, with the following changes:

  Pg. 4, line 26: "1993" should be "1998";

  Pg. 20, line 28:  The citation should read "In re Sylvester C., 137 Cal. App. 4th 601, 605, 40 Cal. Rptr. 3d 461, 463-64 (2006)(quoting People v. Toledo, 26 Cal. 4th 221, 227-28, 109 Cal. Rptr. 2d 315, 26 P.3d 1051 (2001)); see also Cal. Penal Code § 422";

  Pg. 23, line 24-25:  should read "Rptr. 2d 150 (1994) (quoting

1   People v. Johnson, 26 Cal. 3d 557, 576, 162 Cal. Rptr. 431, 606 P.2d
2   738 (1980)";
3        Pg. 28, line 17 (n.16 cont.): "1998" should be "1988";
4        Pg. 33, line 22:  "1984" should be "1986";
5        Pg. 36, line 28:  The citation should read
6           "See Weeks v. Angelone, 528 U.S. 225, 226 (2000)";
7        Pg. 42, line 17:  "May 16, 2007" should be "May 23, 2007."
8        IT IS ORDERED that Judgment be entered: (1) approving and adopting
9   this Report and Recommendation; and (2) denying and dismissing the
10  Petition with prejudice.
11       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
12  the Magistrate Judge's Report and Recommendation and the Judgment
13  herein by United States mail on Petitioner and counsel for Respondent.

15       LET JUDGMENT BE ENTERED ACCORDINGLY.

17       DATED:   November 3, 2008.

20       _____
                 DALE S. FISCHER
21               UNITED STATES DISTRICT JUDGE