**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SULEIMAN ABD QAZZA, Petitioner, v. A.P. KANE, Warden, Respondent. | NO. SA CV 04-1089-DSF(E) JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 3, 2008.

*Dale S. Fischer*
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE